# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKBERRY CORPORATION,** : | CIVIL ACTION NO. 1:21-CV-119 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **BRADLEY FILIPOVICH,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 2nd day of March, 2021, upon consideration of plaintiff BlackBerry Corporation's motion (Doc. 2) for a preliminary injunction against defendant Bradley Filipovich, as well as the parties' briefs in support of and opposition thereto, (see Docs. 3, 30), the arguments offered during a hearing convened on February 23, 2021, and the evidence submitted by the parties, (see Docs. 40, 43), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that plaintiff's motion (Doc. 2) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania